IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CURTIS WAYNE DALE SMITH, JR.                                                    PLAINTIFF

v.                                Civil No. 4:24-cv-04025-SOH-BAB

JOAN MCLEAN                                                                     DEFENDANTS

## CONSOLIDATION ORDER

The Court determines this case and *Smith v. McLean*, 4:24-cv-04027-SOH-BAB, and *Smith v. Doe, et al.,* 4:24-cv-04028-SOH-BAB should all three be consolidated.   The claims in all three cases arose while Plaintiff was incarcerated in the Howard County Detention Center ("HCDC") in 2023 and center around the same allegations of denial of medical care and cruel and unusual punishment.   Case number 4:24-cv-0428 does name two additional defendants, however, the claims against said defendants also relate to the same alleged instances of denial of medical care and cruel and unusual punishment.   Judicial economy favors consolidation.

These cases are hereby consolidated for all matters at issue in the case pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.   *Smith v. McLean*, 4:24-cv-04025-SOH-BAB shall be the lead case.   All future pleadings will be filed in the lead case but shall contain the case numbers for all three cases.

A copy of this Order shall be filed in all three cases.

IT IS SO ORDERED this 22nd day of April 2024.

*/s/ Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE